## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSE ROLANDO ZHINGRI-LLVICURA,      :
                                    :
                   Petitioner,      :
                                    :
v.                                  :    No. 2:26-cv-03260
                                    :
J.L. JAMISON, et al.,               :
                                    :
                   Respondents.     :

### ORDER

**AND NOW**, this 14th day of May, 2026, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Dkt. 1), it is hereby **ORDERED** that the Warden of the Federal Detention Center, Philadelphia, shall by **May 19, 2026**, **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243.

The Clerk of Court is directed to serve the U.S. Attorney's Office for the Eastern District of Pennsylvania with an acceptance of service form, the Petition, and a copy of this Order.[1]

BY THE COURT:

GAIL A. WEILHEIMER, J.

---

[1]     Petitioner's Counsel should forward the Petition, along with this Order to the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.